## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ULYSSES JEFFERSON BLAIR, JR., | ) | CASE NO. 20-71288-PMB |
|     Debtor. | ) | |
| _____ | ) | _____ |
| ULYSSES JEFFERSON BLAIR, JR., | ) | |
| | ) | |
|     Movant, | ) | CONTESTED MATTER |
| | ) | |
| vs. | ) | |
| | ) | |
| TRACKFINDERS MUSIC GROUP, INC., | ) | |
| d/b/a MC2 FUNDING GROUP and | ) | |
| ROCKDALE FUNDING, LLC., | ) | |
| | ) | |
|     Respondent. | ) | |

### NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID JUDICIAL LIEN(S) AND TIME TO FILE SAME

**NOTICE IS HEREBY GIVEN** that a Motion to Avoid lien pursuant to 11 U.S.C. Section 522 has been filed in the above-styled case on November 29, 2020.

**NOTICE IS GIVEN** that, pursuant to Bankruptcy Local Rule 6008-1(b), NDGa., the Respondent/Creditors must file a written objection to this motion within 21 days after service, exclusive of the day of service[1], and serve a copy of same to Debtor, Debtor's counsel and the Chapter 7 Trustee. In the event that no response is timely filed and served, the Bankruptcy Court may enter an Order avoiding the judgment lien.

This 29th day of November, 2020.

                                        ___/s/_____
                                        Richard K. Valldejuli, Jr.
                                        Ga. State Bar # 723225

Valldejuli & Associates, LLC           Attorney for Debtor/Movant
2199 Lenox Road, Suite A
Atlanta, Georgia 30324
404-636-9957

---

[1] plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f)

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| ULYSSES JEFFERSON BLAIR, JR., ) | CASE NO. 20-71288-PMB |
|     Debtor. ) | |
| _____ ) | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| ULYSSES JEFFERSON BLAIR, JR., ) | |
| ) | |
|     Movant, ) | CONTESTED MATTER |
| ) | |
| vs. ) | |
| ) | |
| TRACKFINDERS MUSIC GROUP, INC., ) | |
| d/b/a MC2 FUNDING GROUP and ) | |
| ROCKDALE FUNDING, LLC., ) | |
| ) | |
|     Respondent. ) | |

## MOTION TO AVOID JUDGMENT LIEN

**COMES NOW, ULYSSES JEFFERSON BLAIR, JR.,** the Debtor in the above-styled case (hereinafter referred to as "Debtor" or "Movant") and shows the Court the following

1.

This case commenced by the filing of a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on October 31, 2020.

2.

This motion is filed by the Debtor under 11 U.S.C. Section 522(f)(1) to avoid a judgment lien entered as follows: *Tackfinders Music Group, Inc., d/b/a MC2 Funding Group and Rockdale Funding, LLC vs. The Baoming Group, LLC, Jefferson Blair and Jeffrey Cole* , State Court of Rockdale County, Georgia - Case No. 2013-SV-1202, entered on November 6, 2015 in the sum of $1,460,198.50[2].  A Writ of Fieri Facias was recorded on the General Execution Docket of the Clerk of Superior Court, Rockdale County, on December 31, 2019, Lien

---

[2] Judgment against Debtor individually was 50% of $2,420,397.00 judgment plus $250,000.00 alleged fraud.

Book 608, Page 280 (the *"Fifa"*). The amount of the *Fifa*, which includes $470,914.01 of post-judgment interest, totals $1,931,112.51, copy of which is attached hereto as Exhibit "A" and made part of this motion.

3.

Movant holds a 100% fee simple interest in a Modular Home and real property located at 1085 Humphries Road, NW, Conyers, Rockdale County, GA 30012 (the "Property"). Schedule A reflects the fair market value of the Property to be $70,000. Movant's ownership interest in the Property is not subject to any mortgage liens or other encumbrances.

4.

In determining the fair market value, Movant obtained comprables from Georgia Multiple Listing Service for a 3 bedroom 2 bath modular home and assessed the fair market value of the Property to be between 50,000.00 to 60,000.00 (see attached as Exhibit B).

5.

Pursuant to 11 U.S.C. § 522(f)(2), Respondent's lien impairs the exemption claimed in Movant's interest in the real property and personal identified in Schedules A and B to the extent that the sum of (i) the amount of Respondent's lien, (ii) all other liens on the property described above and (iii) the amount of the exemption that the Debtor could claim if there were no liens on the property exceeds the value that the Debtor's interest in the property would have in the absence of any liens.

6.

After claiming Debtor's allowable $21,500.00 exemption on the Property pursuant to O.C.G.A. §44-13-100(a)(1), $48,500.00 of non-exempt equity exists in Movant's interest in the Property to allow Respondent's lien to survive to extent of $48,500.00 without impairing the

exemption available to the Movant as illustrated in the attached Exhibit "C" Lien Avoidance Calculator.

**WHEREFOR**E, Movant is entitled to entry of an order;

(a) avoiding **$1,882,612.51** of Respondent's 1,931,112.51 judgment lien against the exempt property described above as impairing Movant's exemption and allowing said amount to be classified as general unsecured and discharged;

(b) allowing Respondents' lien to survive to the extent of **$48,500.00**.

This 29th day of November, 2020.

_____/s/_____
Richard K. Valldejuli, Jr.
GA State Bar # 723225
Attorney for Debtor/Movant

2199 Lenox Road, Suite A
Atlanta, Georgia  30324
(404) 636-9957

## **CERTIFICATE OF SERVICE**

    This is to certify that I have this day served all parties in the foregoing matter with a copy of this ***"Motion to Avoid a Judicial Lien and Notice of Requirement of Response to Motion to Avoid Judgment Liens and of Time to File"*** by agreement of the parties the following were served via the ECF electronic mail/noticing system to the following:

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jordan E. Lubin
Lubin Law, P.C.
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307

    Pursuant Bankruptcy **Rule 7004(b)(3)** upon a domestic or foreign corporation or upon an partnership or any other unincorporated association by first class mail postage prepaid and pursuant to Bankruptcy **Rule 7004(h)(1)** by 1st class mail addressed to attorney appearing on behalf of an insured depository institution upon the following:

Tackfinders Music Group, Inc., d/b/a MC2 Funding Group
c/o Christopher Michael Gant, Esq.
Litchford Pearce & Associates, PLLC
P.O. Box 8127
Chattanooga, TN  37414
cgant@drllawllc.com
(Counsel for Respondent on Fifa)

Rockdale Funding, LLC
c/o Stuart Neiman- Registered Agent
3490 Piedmont Road, Suite 400
Atlanta, GA  30305

This 29th day of November, 2020.

                                           ____/s/_____
                                           Richard K. Valldejuli, Jr.
                                           GA State Bar # 723225
2199 Lenox Road, Suite A                   Attorney for Debtor/Movant
Atlanta, Georgia  30324
info@valldejuliandassociates.com