# EXHIBIT "A"

Writ of Fieri Facias

Rockdale County on December 31, 2019

Lien Book 608, Page 280

**Alias Fifa**
## WRIT OF FIERI FACIAS – Amended Fifa
IN THE STATE COURT OF ROCKDALE COUNTY
STATE OF GEORGIA

FILED IN OFFICE
CLERK SUPERIOR CT
ROCKDALE CO., GA.

2019 DEC 27 PM 3:29

Ruth A. Wilson
CLERK

CIVIL ACTION NUMBER: 2013-SV-1202

JUDGMENT DATE: November 6, 2015

Plaintiff's Attorney – Name, Address & Telephone

Name: Christopher M Gant, Esq

Address: 2987 Clairmont Rd
STE 175
Atlanta, GA. 30329

Telephone & Area Code: (404) 410-1355

Fi. Fa. In Hands of: Christopher M Gant, Esq

Plaintiff(s): TRACKFINDERS MUSIC GROUP, INC. D/B/A MC2 FUNDING GROUP, and ROCKDALE FUNDING LLC

vs.

Defendant(s): JEFFERSON BLAIR
4913 Summer Oak Drive
Buford, GA 30518

To all and singular the sheriffs of the State and their lawful deputies:

In the above styled case, and on the judgment date set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums:

| | | |
|---|---|---|
| Principal | $ | 1,460,198.50 |
| Interest | $ | 470,914.01 |
| Interest-Other | $ | |
| Attorney's Fees | $ | |
| Court Costs | $ | |
| Total | $ | 1,931,112.51 |

Note: ORIGINAL FIFA WAS RECORDED ON 1/15/2016 SEE BOOK 528 PAGE 303; AMENDED FIFA SEE BOOK 595 PAGE 340; AMENDED FIFA SEE BOOK 596 PAGE 269

with future interest upon said principal amount from the date of judgment at the legal rate.

Therefore, YOU ARE COMMANDED, that of the goods and chattels, land and tenements of said defendant(s), and ESPECIALLY/ONLY of the following described property, to wit:

**CANCELLATION**
The within and foregoing Fi. Fa. having been paid in full the Clerk of Court is hereby directed to cancel it of record this the ____ day of _____, 20___.

Signature: _____

Title: _____

YOU cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the State Court of this County at the next term of court, with this Writ to render the said plaintiff(s) the principal, interest, attorney fees and costs aforesaid.

Witness the Honorable Nancy N Bills, Judge of Said Court, on this the 20th day of May, 2019.

D: LIEN B: 608 P: 280     FIFA
12/31/2019 10:26:27 AM Total Pages: 1
Recording Fee: $7.00

Ruth A. Wilson, Clerk of Court, Rockdale County

Ruth A. Wilson, Clerk
By: _____ Deputy Clerk