# EXHIBIT "B"

Valuation Based on

Georgia Multiple Listing Service with photos


GEORGIA MLS
Multiple Listing Service

## Search Results

---

**No. 8542848**    2051 Wilson Rd, Conyers, 30012    Off Market: $65,000


See All Photos

| | | | |
|---|---|---|---|
| **Type** SD | **Bedrooms** 3 | **Full Bath** 2 | **Half Bath** 0 |
| **Basement** 0 | **Stories** 1 Story | **Lot Size** 2-5 Acres | **Parking** None |
| **County** Rockdale | **Subdivision** Rural | **Style** Modular Home | **Year Built** 1999 |
| **Photos** 12 | **Elem School** Hightower Trail | **Midd School** Conyers | **High School** Other |

See More Details....

**Remarks:** Wonderful renovation opportunity! Come by and see for yourself....Bring your imagination!...

---

**No. 8670290**    2721 Lakeshore Dr, Conyers, 30012    Off Market: $49,900


See All Photos

| | | | |
|---|---|---|---|
| **Type** SD | **Bedrooms** 3 | **Full Bath** 2 | **Half Bath** 0 |
| **Basement** 0 | **Stories** 1 Story | **Lot Size** 1/3 - 1/2 Acre | **Parking** Off Street |
| **County** Rockdale | **Subdivision** Hi Roc | **Style** Mobile Home | **Year Built** 1988 |
| **Photos** 24 | **Elem School** Hightower Trail | **Midd School** Conyers | **High School** Rockdale County |

See More Details....

**Remarks:** Mobile in HiRoc (lake community) ready for handyman renovations. Fenced yard. As is. Great value! No FHA. No blind offers....

© 2020 Georgia Multiple Listing Service. All rights reserved.