# EXHIBIT "C"

## Lien Avoidance Calculator

**Lien Avoidance Worksheet**
(Assumes Unavoidable Liens Are Allocated In Same Proportion as Ownership)

| Name of Debtor | Ulysses Jefferson Blair, Jr. | | | | |
|---|---|---|---|---|---|
| **Debtor's Percentage Ownership** | 100.00% | | | | |
| **Total Property Value Is** | $70,000 | | | | |
| **Value of Debtor's Interest** | $70,000 | | | | |
| **Amount of Debtor's Exemption** | $21,500 | | | | |
| **Unavoidable Liens** | **Name of Lienholder** | **Total Debt** | **Debtor's Portion of Debt** | | |
| 1st Mortgage Lien | | | $0 | | |
| 2nd Mortgage Lien | | | $0 | | |
| 3rd Mortgage Lien | | | $0 | | |
| Ad Valorem Tax Liens | | | $0 | | |
| Other Unavoidable Liens | | | $0 | | |
| Total Unavoidable Liens | | $0 | $0 | | |
| **Amount of Debtor's Exemption** | | 0 | **-$21,500** | | |
| | **Remaining Equity** | | $48,500 | | |
| **Avoidable Judicial Liens or Non-Poss, Non-PM Sec. Interest** | **Name of Lienholder** | **Lien Amounts** | **Amount of Lien Avoidable** | **Amount of Lien NOT Avoidable** | **Net Remaining Equity** |
| 1st Priority | Trackfinders Judgment | $1,931,113 | $1,882,613 | $48,500 | $0 |
| 2nd Priority | | | $0 | $0 | $0 |
| 3rd Priority | | | $0 | $0 | $0 |
| 4th Priority | | | $0 | $0 | $0 |
| 5th Priority | | | $0 | $0 | $0 |